# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROBERT SAMPSON,              )
                        )
         Petitioner,       )
                        )
         v.             )      Case No. CIV-18-246-D
                        )
STATE OF OKLAHOMA, et al.,   )
                        )
         Respondent.    )

# ORDER

Petitioner, a state prisoner appearing pro se, filed an action for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to United States Magistrate Judge Bernard Jones for initial proceedings consistent with 28 U.S.C. § 636(b). Upon screening the petition, Judge Jones issued a Report and Recommendation (R&R or Report) [Doc. No. 8] in which he recommended that the action be dismissed under the *Younger* abstention doctrine.[1] Judge Jones advised Petitioner of his right to object to the Report and directed any objections be filed on or before May 29, 2018. R&R at 4. Judge Jones also advised Petitioner that any failure to object would

---

[1] *Younger v. Harris*, 301 U.S. 37 (1971). *Younger* directs federal courts to, in the absence of extraordinary circumstances, refrain from interfering in ongoing state proceedings. *Columbian Fin. Corp. v. Stork*, 811 F.3d 390, 394-95 (10th Cir. 2016). Here, Judge Jones took judicial notice of Petitioner's state court records and found Petitioner had two pending applications for post-conviction relief. R&R at 2.

waive Petitioner's right to appellate review of the factual and legal issues addressed in the  Report. *Id.*

Petitioner has neither filed an objection nor sought an extension of time to do so. Accordingly the R&R is **ADOPTED** as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 4th day of June 2018.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE